IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAROLINE TULLIE, on her own behalf,
as administrator of the estate of NELSON TULLIE,
and on behalf of all others similarly situated,

        Plaintiff,

v.                                                                CIV 14-0670 MV/KBM

T & R MARKET, INC.,

        Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

      Chief Magistrate Judge Karen Molzen filed her Proposed Findings and Recommended Disposition on April 15, 2015, *(Doc.59)*. The proposed findings notify the parties that objections were due on May 4, 2014, and that the failure to file objections waives appellate review. No objections have been filed by either party.

      Wherefore,

      **IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc.59)* is ADOPTED;

2.    Plaintiff's Motion to Amend Complaint *(Doc.33)* is GRANTED.

                                                                                   UNITED STATES DISTRICT JUDGE